855 A.2d 761

COMMONWEALTH of Pennsylvania, Appellant,

v.

Derrick LINTON, Appellee.

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided Aug. 18, 2004.

A. Sheldon Kovach, Media, for Com. of Pa.

Robert F. Pappano, Brookhaven, for Derrick Linton.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN, BAER, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2004, the order of the Delaware County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams*, 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado*, 576 Pa. 101, 838 A.2d 710 (2003).